IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,    Plaintiffs, vs. CONCRETE CORING COMPANY OF ST. LOUIS, INC., et al.,    Defendants. | No. 07-CV-676-JPG |

## **JUDGMENT**

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI, CLERK**

**Dated: January 15, 2008**          s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**